IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARLYNN GENE GEORGESON,

Defendant.                                            Case No. 13-cr-30113-DRH

## ORDER

**HERNDON, Chief Judge:**

      This matter was referred to United States Magistrate Judge Stephen C. Williams for the specific purpose of conducting a change of plea for defendant Arlynn Gene Georgeson, pursuant to 28 U.S.C. § 636, LOCAL RULE 72.1(b)(2) and defendant Georgeson (Doc. 4). Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11, the change of plea hearing was held on June 17, 2013 (Doc. 5). During the change of plea, defendant Georgeson pled guilty to Counts I and II of the Information following a thorough colloquy with Judge Williams. Thereafter, Judge Williams issued a Report and Recommendation ("the Report") recommending that the Court accept defendant Georgeson's plea of guilty (Doc. 30).

      In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an objection. Therefore, the Court **ADOPTS** the Report in its entirety. Thus, based on the record in the case, the recommendation of the Magistrate Judge, the consent of the defendant to plead before the magistrate without subsequent

objection, it is the finding of the Court in the case of *United States v. Arlynn Gene Georgeson*, that defendant Georgeson was fully competent and capable of entering an informed plea, that defendant Georgeson was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** defendant Arlynn Gene Georgeson **GUILTY** on the charges in the Information. The Court **REMINDS** the parties that this matter is set for sentencing on October 11, 2013, at 10:00 a.m.

Any party wishing to file a sentencing memorandum relative to the issues to be considered at sentencing, shall file such pleading no later than 7 days before sentencing. Likewise, should either party intend to present testimony at the sentencing hearing, notice of the proposed witnesses, the subject of said testimony, and projected length of the testimony shall be filed with the Court no later than 7 days prior to the sentencing hearing, with service on opposing counsel. Generally, the Court schedules sentencing hearings for an hour and this information will allow the Court the opportunity to change its schedule if necessary.

**IT IS SO ORDERED.**

Signed this 27th day of September, 2013.

David R. Herndon
2013.09.27
10:50:46 -05'00'

**Chief Judge**
**United States District Court**